KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HOPIE SILVESTRE,<br><br>          Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>          Defendant. | Case # 2:17-CV-00539-CMK<br><br>STIPULATED EXTENSION OF TIME |

    The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have a first extension of time to file Plaintiff's opening brief, in accordance with the scheduling order. Plaintiff's counsel is dealing with a family medical emergency as well as has three briefs due on the same day. As solo practitioner, counsel is unable with this heavy caseload to complete the briefing at this time. The parties stipulate to a 30-day extension. Opening Brief shall now be due on October 7, 2017.

    The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1    STIPULATION
             [2:17-CV-00539-CMK]

| | |
|---|---|
| Dated September 14, 2017: | /s/ Kelsey M Brown |
| | KELSEY MACKENZIE BROWN CA #263109 |
| | Mackenzie Legal, PLLC |
| | 1003 Whitman |
| | Tacoma, WA 98406 |
| | (206) 300-9063 |
| | Attorney for Plaintiff |
| Dated September 14, 2017: | s/ KELSEY M. BROWN for Richard Rodriguez |
| | RICHARD RODRIGUEZ |
| | (per e-mail authorization) |
| | Special Assistant U.S. Attorney |
| | Office of the General Counsel |
| | Of Attorneys for Defendant |

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Confidential brief is now due on October 7, 2017. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated: September 27, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Page 2   STIPULATION
         [2:17-CV-00539-CMK]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063